**William Lovell and Phyllis Lovell, Appellees, v. Julia Nelson Banks et al., Appellants.**

Gen. No. 46,424.

First District, First Division.

January 31, 1955.

Released for publication February 23, 1955.

Moore, Ming & Leighton, for appellant; George N. Leighton, of counsel; John H. Galgano, and John M. Kanne, for appellees; Patrick A. Barton, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.